UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL
FOUNDATION,
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003

        *Plaintiff,*

    v.

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION
8601 Adelphi Road
College Park, MD 20740

        *Defendant.*

Civil Action No.: 23-829

# COMPLAINT

1. America First Legal Foundation ("AFL") sues the United States National Archives and Records Administration (NARA) to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. It may grant declaratory relief under 28 U.S.C. § 2201, *et seq.*

3. Venue is proper in this District under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e)

## PARTIES

4. The Plaintiff, America First Legal Foundation, is a nonprofit organization working to promote the rule of law in the United States, prevent

executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and other media, including social media platforms, all to educate the public.

5. The Defendant National Archives and Records Administration is an agency under 5 U.S.C. § 552(f), headquartered at 8601 Adelphi Road, College Park, MD 20740. It has possession, custody, and control of the requested records.

**FACTS**

6. AFL has requested records from the Obama Presidential Library that relate to Jennifer Choe Groves (also spelled Choe-Groves), who currently sits as a Judge on the United States Court of International Trade.

7. The Court of International Trade is composed of nine judges nominated by the President and confirmed by the Senate. 28 U.S.C. § 251(a). At most, five judges may be members of the same political party. *Id*.

8. On July 30, 2015, President Obama nominated Ms. Choe-Groves to replace Judge Carman, who had taken senior status. LIBRARY OF CONGRESS, *PN753 – Jennifer Choe Groves – The Judiciary*, https://bit.ly/42wxpXD.

9. The Senate confirmed Ms. Choe-Groves' nomination on June 6, 2016. LIBRARY OF CONGRESS, *PN753 – Jennifer Choe Groves – The Judiciary*,

https://bit.ly/42wxpXD. She is currently a judge of that Court. At the time of her nomination, Judge Choe Groves appears to have been registered to vote as a Democrat. *Exhibit A*.

10. On June 13, 2022, AFL submitted a Freedom of Information Act request to the Obama Presidential Library, which is administered by the National Archives, for all records (a) reflecting Obama Administration White House Office of Presidential Personnel files relating to Jennifer Choe-Groves, including but not limited to any forms submitted by her relating to her interest in being considered for nomination, and (b) reflecting Obama Administration White House Office of Counsel to the President files relating to Jennifer Choe-Groves, including but not limited to any communications submitted by her discussing her interest in being considered for nomination. *Exhibit B*.

11. On November 3, 2022, AFL received an email from NARA acknowledging receipt of AFL's FOIA request. *Exhibit C*.

12. This email had two attachments. The first concerned AFL's request for Obama Administration White House Office of Presidential Personnel ("OPP") files. It stated that the Archives had located "approximately 135 electronic files of potentially responsive records that must be processed in order to respond to your request." *Exhibit D*.

13. The second concerned AFL's request for records of the White House Office of Counsel to the President. It stated that there were no records responsive to AFL's request. *Exhibit E*. It further stated that this request was "subject to the

provisions of NARA regulations at 36 C.F.R. § 1270.46, which require that we notify the representatives of the former President and the incumbent President prior to the release of any Presidential records." *Id.*

14. AFL has yet to receive further updates or communications from the Defendant, nor has the Defendant issued Letters of Notification of Intent to Release Presidential Records with respect to AFL's request in accordance with 44. U.S.C. § 2208.

## CLAIM FOR RELIEF
### Violation of FOIA, 5 U.S.C. § 552

15. AFL incorporates paragraphs 1–14 by reference.

16. AFL properly requested records within the defendant's possession, custody, and control.

17. The Defendant has failed to disclose any segregable, non-exempt portions of responsive records as required under 5 U.S.C. § 552(b).

18. Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(C).

19. The Defendant has violated the FOIA by failing, within the prescribed time limit, to search for records responsive to AFL's FOIA request and release nonexempt records.

## RELIEF REQUESTED

WHEREFORE, AFL respectfully requests that this Court:

A. Declare that the records sought by AFL must be disclosed under 5 U.S.C. § 552.

B.  Order the Defendant to search immediately, demonstrating search methods reasonably likely to lead to the discovery of responsive records.

C.  Order the Defendant to produce by a date certain all non-exempt records responsive to AFL's requests, accompanied by a Vaughn index of any responsive records or portions of responsive records being withheld under a claim of exemption.

D.  Award AFL attorneys' fees and costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E).

E.  Grant AFL such other and further relief as this Court deems proper.

Dated: March 27, 2023                    Respectfully submitted,

*/s/ Jacob Meckler*_____
Michael Ding (D.C. Bar No. 1027252)
Tel: (202) 964-3721
E-mail: Michael.Ding@aflegal.org
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (972) 861-2132
E-mail: Jacob.Meckler@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
*Counsel for Plaintiff*
*America First Legal Foundation*