

October 31, 2022

**VIA EMAIL** – obama.library@nara.gov
Barack Obama Presidential Library
c/o FOIA Coordinator
2500 W. Golf Road
Hoffman Estates, IL 60169-111

**Re: Jennifer Choe Groves Records**

Dear FOIA Officer:

America First Legal Foundation is a national, nonprofit organization working to
promote the rule of law in the United States, prevent executive overreach, and ensure
due process and equal protection for all Americans, all to promote public knowledge
and understanding of the law and individual rights guaranteed under the
Constitution and laws of the United States. To that end, we file Freedom of
Information Act (FOIA) requests on issues of pressing public concern, then
disseminate the information we obtain, making documents broadly available to the
public, scholars, and the media. Using our editorial skills to turn raw materials into
distinct work, we distribute that work to a national audience through traditional and
social media platforms. AFL's email list contains over 34,000 unique addresses; our
Facebook page has over 80,000 followers; our Twitter page has 21,400 followers; the
Twitter page of our Founder and President has 257,300 followers, and we have
another 31,400 followers on GETTR.

## I.    Records Request

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, AFL hereby
requests the following records within twenty business days:

1. All records reflecting Obama Administration White House Office of
   Presidential Personnel files relating to Jennifer Choe Groves, including but not
   limited to any forms submitted by Jennifer Choe Groves relating to her interest
   in being considered for nomination.

2. All records reflecting Obama Administration White House Office of Counsel to
   the President files relating to Jennifer Choe Groves, including but not limited
   to any communications submitted by Jennifer Choe Groves discussing her
   interest in being considered for nomination.

611 Pennsylvania Ave SE #231
Washington, DC 20003

## II.    Processing

Processing should occur in strict compliance with the processing guidance in the Attorney General's Memorandum on Freedom of Information Act Guidelines.[1] If you have any questions about our request or believe further discussions regarding search and processing would facilitate a more efficient production of records of interest to AFL, then please contact me at FOIA@aflegal.org.

## III.    Fee Waiver Request

Per 5 U.S.C. § 552(a)(4)(A)(iii), AFL requests a waiver of all search and duplication fees associated with this request. We believe AFL's noncommercial commitment to public education and transparency justifies this fee waiver. We are, of course, available to provide additional information in writing or offline in support of this request. If AFL's request for a fee waiver is not granted in full, please contact us immediately upon making that determination.

## IV.    Production

To accelerate the release of responsive records, AFL welcomes production on an agreed rolling basis. If possible, please provide responsive records in an electronic format by email. Alternatively, please provide responsive records in native format or in PDF format on a USB drive to America First Legal Foundation, 611 Pennsylvania Ave SE #231, Washington, DC 20003.

Thank you,


/s/ Venetia Resciniti
America First Legal Foundation

---

[1] U.S. Dep't Just. (Mar. 15, 2022), https://bit.ly/3zvpxb6.