## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL FOUNDATION,

     Plaintiff*,*

     v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

     Defendant.

Civ. No.: 1:23-cv-00829

### <u>NOTICE OF APPEARANCE</u>

The Clerk of the Court will please enter the appearance of Michael Ding as counsel for the

Plaintiff in the above-captioned case.

Dated: March 29, 2023

Respectfully submitted,

*/s/ Michael Ding*

MICHAEL DING
D.C. Bar No. 1027252
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
(202) 964-3721
michael.ding@aflegal.org

*Counsel for the Plaintiff*