UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendant. | Civil Action No. 23-00829 (TSC) |

## JOINT STATUS REPORT

Plaintiff America First Legal Foundation ("AFLF" or "Plaintiff") and Defendant National Archives and Records Administration ("NARA" or "Defendant"), by and through undersigned counsel, respectfully submit this joint status report pursuant to the Minute Order of this Court dated May 8, 2023.

1.  This case involves a June 13, 2022 Freedom of Information Act ("FOIA") request from AFLF to NARA seeking records from the Obama Presidential Library concerning Jennifer Choe-Groves, currently a judge on the United States Court of International Trade.

2.  The request has been broken down into two parts by the Obama Library:

**Request No. 23-05244-F**

o  "(a) reflecting Obama Administration White House Office of Presidential Personnel files relating to Jennifer Choe-Groves, including but not limited to any forms submitted by her relating to her interest in being considered for nomination".

o  178 electronic assets were located and review has been completed.

o  The Library re-ran the search and determined there are now 5,000 pages of potentially responsive textual records that need to be reviewed.

**Request No. 23-05306-F**

- o "(b) reflecting Obama Administration White House Office of Counsel to the President files relating to Jennifer Choe-Groves"

- o This request was administratively closed on 11/3/2002 -- but when re-rerunning the search for 23-05244-F, the library determined that there were 80 pages of potentially responsive textual records that need to be reviewed.

3.      NARA states that all of the potentially responsive records for AFL's requests are subject to the procedural requirements for disclosure of Presidential records under the Presidential Records Act ("PRA"), 44 U.S.C. §§ 2201-2209. See id. § 2208; 36 C.F.R. § 1270.46. For this reason, once NARA has processed each month's batch of records, it must notify the representatives of the incumbent President and of the former President and, to the extent applicable, Vice President during whose terms of office the records were created, who then have 60 working days to review the records prior to their release. 44 U.S.C. §§ 2208(a)(3)(A), 2207 (extending the notice requirements in Section 2208 to Vice Presidential records). This Presidential review period may be extended by the former or incumbent President for one period of 30 working days. Id. § 2208(a)(3)(B).

4.      NARA will provide any responsive, non-exempt records to AFL 65 working days after the corresponding PRA notification. If the former or incumbent President invokes the 30-working-day extension, NARA will notify AFL's counsel and will provide any responsive, non-exempt records to AFL 95 working days after the corresponding PRA notification, unless that date falls on a weekend or holiday, in which case NARA will provide the records the next working day.

5.      NARA believes the review can be completed and a notification can be sent out by

the end of August.[1]

6.      The parties propose that the next joint status report be filed on September 8, 2023.

A proposed order is submitted herewith.

Dated: June 22, 2023
         Washington, DC

                                      Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____ */s/ Thomas W. Duffey*_____
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*

*/s/ Jacob Meckler*_____
Michael Ding D.C. Bar No. 1027252
Email: Michael.Ding@aflegal.org
Jacob Meckler D.C. Bar No. 90005210
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Tel.: (972) 861-2132
E-mail: Jacob.meckler@aflegal.org

*Counsel for Plaintiff*
*America First Legal Foundation*

---

[1]      If any responsive, non-exempt Presidential records, as defined in 44 U.S.C. § 2201(2), reviewed in a given month are not subject to PRA notification because they are already publicly available, NARA will release those records at the same time it makes its PRA notification for that month.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL FOUNDATION.,

Plaintiff,

v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

Defendant.

Civil Action No. 23-00829 (TSC)

**[PROPOSED] ORDER**

The Court, having considered the Joint Status Report filed by the parties, it is hereby

ORDERED that the parties shall file a Joint Status Report on or before September 8, 2023 to

apprise the Court of the status and future proceedings.

_____
TANYA S. CHUTKAN
United States District Judge

- 4 -