UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 23-00829 (TSC) |

## JOINT STATUS REPORT

Plaintiff America First Legal Foundation ("AFL" or "Plaintiff") and Defendant National Archives and Records Administration ("NARA" or "Defendant"), by and through undersigned counsel, respectfully submit this joint status report pursuant to the Minute Order of this Court dated May 9, 2024.

1. This case involves a June 13, 2022 Freedom of Information Act ("FOIA") request from AFL to NARA seeking records from the Obama Presidential Library concerning Jennifer Choe-Groves, currently a judge on the United States Court of International Trade.

2. The request has been broken down into two parts by the Obama Library:

**Request No. 23-05244-F**

- "(a) reflecting Obama Administration White House Office of Presidential Personnel files relating to Jennifer Choe-Groves, including but not limited to any forms submitted by her relating to her interest in being considered for nomination".

- 178 electronic assets were located and review has been completed.

- The Library re-ran the search and determined there were 5,000 pages of potentially responsive textual records that needed to be reviewed.

**Request No. 23-05306-F**

- "(b) reflecting Obama Administration White House Office of Counsel to the President files relating to Jennifer Choe-Groves"
- This request was administratively closed on 11/3/2002 -- but when re-rerunning the search for 23-05244-F, the library determined that there were 80 pages of potentially responsive textual records that needed to be reviewed.

3. NARA completed a review of potentially responsive records and sent a notification to the former and incumbent presidents on August 1, 2023.[1] The non-exempt responsive records were released on October 27, 2023.

4. The processing of the Plaintiff's request has been completed.

5. AFL has completed its review of NARA's release, and AFL has determined that it will not pursue dispositive motions practice with respect to NARA's processing of the underlying FOIA request. Rather, the only issue remaining is Plaintiff's demand for attorneys' fees and costs, which Plaintiff will submit to NARA in the near future.

6. The parties agree to confer about the Plaintiff's forthcoming demand for attorneys' fees and costs to determine whether it may be resolved without briefing. Accordingly, the parties propose to file another joint status report by November 6, 2024, updating the Court on the status of this matter and proposing a schedule for further proceedings as necessary. A proposed order is submitted herewith.

[Signature Page Follows]

---

[1] The notification is available at: https://www.archives.gov/files/foia/pra-notifications/pdf/obama/rn-lpbho-2023-126.pdf

Dated: September 6, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        */s/ Thomas W. Duffey*
     THOMAS W. DUFFEY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2510
     Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*

*/s/ Jacob Meckler*
Michael Ding D.C. Bar No. 1027252
Jacob Meckler D.C. Bar No. 90005210
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Tel.: (972) 861-2132
E-mail: Jacob.meckler@aflegal.org

*Counsel for Plaintiff*
*America First Legal Foundation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendant. | Civil Action No. 23-00829 (TSC) |

**[PROPOSED] ORDER**

The Court, having considered the Joint Status Report filed by the parties, it is hereby ORDERED that the parties shall file a Joint Status Report on or before November 6, 2024 to apprise the Court of the status and future proceedings.

_____
TANYA S. CHUTKAN
United States District Judge